In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00087-CV

                                                ______________________________

 

 

 

                IN THE INTEREST OF
H.G., C.G., AND F.G., CHILDREN

 

 

                                                                                                  


 

 

                                       On Appeal from the 62nd
Judicial District Court

                                                           Hopkins County, Texas

                                                          Trial Court
No. CV39152

 

                                                       
                                           

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            Suzette
Prewitt, the sole appellant in this case, has filed a motion seeking to dismiss
her appeal.  Pursuant to Rule 42.1 of the
Texas Rules of Appellate Procedure, her motion is granted.  Tex.
R. App. P. 42.1.

            We
dismiss the appeal.

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          October 13, 2010

Date Decided:             October
14, 2010